UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NATSYA K.,                              )        CASE NO. CV 19-1065-JLS (AGR)
                                        )
                    Plaintiff,          )
                                        )        ORDER ACCEPTING FINDINGS AND
          vs.                           )        RECOMMENDATION OF UNITED
                                        )        STATES MAGISTRATE JUDGE
ANDREW SAUL, Commissioner of            )
Social Security,                        )
                                        )
                    Defendant.          )
_____ )

     Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint,
records on file, and the Report and Recommendation of the United States Magistrate
Judge. Further, the Court has engaged in a *de novo* review of those portions of the
Report to which objections and response have been filed. The Court accepts the
findings and recommendation of the Magistrate Judge.

     IT IS ORDERED that Judgment be entered reversing the decision of the
Commissioner and remanding the matter for reconsideration of Plaintiff's ability to
perform sustained work on a regular and continuing basis

DATED: 02/21/2020

                  JOSEPHINE L. STATON
                  United States District Judge