UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATSYA K.,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | CASE NO. CV 19-1065-JLS (AGR)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that Judgment is entered for Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Order Accepting Findings and Recommendation of U.S. Magistrate Judge.

DATED: 02/21/2020

_____
JOSEPHINE L. STATON
United States District Judge